IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-80337-G1-7 |
| | § | |
| Jamie Dale Teague, | § | (CHAPTER 7) |
| Sarah Frost Teague, | § | |
| | § | |
| | § | **RESIGNATION OF TRUSTEE** |
| *Debtors* | § | **(NO ADMINISTRATION)** |

I, **JANET NORTHRUP, TRUSTEE**, hereby resign as trustee of the above entitled and numbered proceeding. I have neither received any property nor paid any money on account of this estate.

Respectfully submitted,

Dated: June 19, 2019      /s/ *Janet Northrup*\*

Janet Northrup, Trustee
SBN 03953750
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
jsn@hwa.com

**CERTIFICATE OF REVIEW**

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

Dated: June 19, 2019

By: _____
United States Trustee
Region 7
Assistant U.S. Trustee

\* *Signed with permission*